# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:15-cv-00224-MR
### [CRIMINAL CASE NO. 2:12-cr-00011-MR]

| | |
|---|---|
| WILLIAM ANDREW ESTES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Petitioner's motion for the admission of attorney Marcia G. Shein as counsel *pro hac vice*. [Civil Case No. 1:15-cv-00224-MR, Doc. 3; Criminal Case No. 2:12-cr-00011-MR, Doc. 38]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion [Civil Case No. 1:15-cv-00224-MR, Doc. 3; Criminal Case No. 2:12-cr-00011-MR, Doc. 38] is **ALLOWED**, and Marcia G. Shein is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**          Signed: October 9, 2015

Martin Reidinger
United States District Judge